No. 265, Misc. ANDERSON *v.* HEINZE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 270, Misc. SPENCER *v.* BANMILLER, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 271, Misc. HOCH *v.* BANMILLER, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 277, Misc. SMITH, ADMINISTRATRIX, *v.* REINAUER OIL TRANSPORT, INC. C. A. 1st Cir. Certiorari denied. Petitioner *pro se.* *G. Philip Wardner* for respondent.

No. 286, Misc. GHASKIN *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin* for the United States.

No. 288, Misc. TINES *v.* TENNESSEE. Supreme Court of Tennessee, Eastern Division. Certiorari denied. *Earl E. Leming* and *Jas. P. Brown* for petitioner. *George F. McCanless,* Attorney General of Tennessee, and *James M. Glasgow,* Assistant Attorney General, for respondent.

No. 303, Misc. LA BELLE *v.* STATE TAX COMMISSION OF MARYLAND. Court of Appeals of Maryland. Certiorari denied. Petitioner *pro se.* *C. Ferdinand Sybert,* Attorney General of Maryland, and *Stedman Prescott, Jr.,* Deputy Attorney General, for respondent.